STATE of Missouri, Respondent,

v.

Frank SGAMBATO, Appellant.

No. WD 50595.

Missouri Court of Appeals,
Western District.

Jan. 2, 1996.

George A. Pickett, Frost, Fisher & Pickett, Plattsburg, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Mary Moulton Bryan, Asst. Atty. Gen., Jefferson City, for Respondent.

Before SMART, P.J., and LOWENSTEIN and BERREY, JJ.

## ORDER

PER CURIAM.

The appellant received a fifteen year sentence for trafficking drugs in violation of § 195.223.7(1), RSMo. (1994). He cites error in the state's opening statement and the admission of evidence of other crimes. Judgment affirmed. Rule 30.25(b).